PAUL NASH v. BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF MORRIS.

May 17, 1983.

Petition for certification granted.

ALPHONSE AMORE v. 195 BROADWAY CORPORATION.

May 17, 1983.

Petition for certification denied.

ALICE LONG v. HERBERT HALPER.

May 17, 1983.

Petition for certification denied.

D.S. v. BOARD OF EDUCATION OF THE TOWNSHIP
OF EAST BRUNSWICK.

May 17, 1983.

Petition for certification denied.   (See  188  *N.J.Super.* 592)